# UNITED STATES DISTRICT COURT

### Western District of Missouri

JOHN C. DUVALL, Register No. 444618

JUDGMENT IN A CIVIL CASE

    v.

LT. LESTER D. ELDER

Case Number:  05-4330-CV-C-NKL

_  **Jury Verdict.** *This action came before the Court for a trial by jury.  The issues have been tried and the jury has rendered its verdict.*

_X_  **Decision by Court.** *This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.*

    IT IS ORDERED AND ADJUDGED

–  *that plaintiff's motion to amend is denied.  It is further*

–  *ORDERED that plaintiff's in forma pauperis status is revoked because he is a three-strikes litigator, pursuant to 28 U.S.C. § 1915(g), and plaintiff's claims are dismissed for failure to state a claim, pursuant to 28 U.S.C. § 1915(e)(2).  It is further*

–  *ORDERED that all remaining outstanding motions in this case are denied as moot.*

ENTERED ON:  August 29, 2006

<u>August 29, 2006</u>

Date

PATRICIA L. BRUNE

Clerk

*/s L. Bax*
*(By) Deputy Clerk*